IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROGER JAMES ZORN, SR.,      )
                            )
     Plaintiff,             )
                            )         CIVIL ACTION NO.
     v.                     )           2:25cv327-MHT
                            )                (WO)
KRISTINA ROSE,              )
                            )
     Defendant.             )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 12 and Doc. 13) are overruled.

(2) Plaintiff's motion to transfer (Doc. 13) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 11) is adopted to the extent explained in the opinion.

(4) This lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be

granted and lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of October, 2025.

/s/ Myron H. Thompson<br>UNITED STATES DISTRICT JUDGE